# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00326-CV

**Chief Brian Manley, Austin Police Department; Spencer Cronk, City Manager City of Austin; and Joya Hayes, Director of City of Austin Firefighters', Police Officers', and Emergency Medical Services Personnel Civil Service Commission, Appellants**

**v.**

**Austin Police Association, APA President Ken Casaday, and Robert Miljenovich, Appellees**

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 459TH JUDICIAL DISTRICT
NO. D-1-GN-18-000923, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have settled their dispute and have filed a joint motion asking the Court to set aside the trial court's order denying the plea to the jurisdiction and remand the case to the trial court for voluntary dismissal in accordance with their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). We grant the motion, set aside without regard to the merits the trial court's order denying the plea to the jurisdiction, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*, 43.2(e).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Vacated and Remanded on Joint Motion

Filed:   December 7, 2018

2